## LOTT v. UNION BANKING COMPANY.

GILBERT, J. Under authority of *Reviere* v. *Chambliss*, 120 *Ga.* 714 (48 S. E. 122), the court did not err in sustaining the demurrer and dismissing the petition. And see *Western & Atlantic R. Co.* v. *Union Investment Co.*, 128 *Ga.* 74 (57 S. E. 100); *Bank of Hamilton* v. *Williams*, 146 *Ga.* 96 (90 S. E. 718). This case differs in its facts from *Salzburger Bank* v. *Standard Oil Co.*, 173 *Ga.* 722 (161 S. E. 584).

*Judgment affirmed. All the Justices concur.*

No. 9397. MARCH 18, 1933.

754

*Sapp & Barnes,* for plaintiff.    *Kelley & Dickerson,* for defendant.